GREEN et al. v. AMERICAN SODA–FOUNTAIN CO. (Circuit Court of Appeals, Third Circuit. March 4, 1897.) Appeal from the Circuit Court of the United States for the Eastern District of Pennsylvania. Counsel for appellants

requested to have taxed, as part of the costs for printing, the bill of Alfred M. Slocum Company for reprinting complainant's record: and under rule 23 this was disallowed, to which order counsel for appellants duly excepted. Strawbridge & Taylor, for appellants. Joshua Pusey, for appellee.

PER CURIAM. Under the circumstances of the case, which we do not think it necessary to state, as counsel have not differed respecting the facts, we are of opinion that the conclusion reached by the clerk of this court upon the contested question of costs is right, and accordingly his taxation of the costs is confirmed.